2205.　MARTIN *v.* SOUTHERN RAILWAY COMPANY.

POWELL, J.　A petition filed in a city court against a railroad company, alleging merely that "the train of the defendant company ran over and killed a shepherd dog of petitioner's, of the value of $50," was properly dismissed on demurrer. Even if the negligent killing of a dog is actionable, it is necessary to allege the negligence. *Ga. R. Co.* v. *Williams*, 3 *Ga. App.* 272 (59 S. E. 846); *Harden* v. *Ga. R. Co.*, 3 *Ga. App.* 344 (59 S. E. 1122).　　　　　　　　　　　　*Judgment affirmed.*

Action for damages; from city court of Floyd county—Judge Hamilton.　September 13, 1909.

Submitted December 20, 1909.—Decided January 20, 1910.

*M. B. Eubanks, W. B. Mebane,* for plaintiff.

*George A. H. Harris & Son, Maddox, McCamy & Shumate,* for defendant.